

USA

vs.

**EUGENE BOWEN**

**Criminal No. JKB-16-0485**          **Government Motion Hearing Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| 1 | 08/18/17 | 08/18/17 | **CD – of Mr. Bowen interview** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)