


**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** | **CRIMINAL NO. JKB-16-0485**

**v.**

**SHERIMA BELL et al.**

**Defendants.**

## GOVERNMENT'S EXHIBIT LIST

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 1 | TT3 Text Messages | | |
| 2a | TT5 Text Messages | JUN 26 2018 | JUN 26 2018 |
| 2b | TT5 Text Messages (Apryl Robinson Excerpts) | JUN 20 2018 | JUN 20 2018 |
| 2c | TT5 Text Messages (Monica Hall Excerpts) | JUN 21 2018 | JUN 21 2018 |
| 3a | TT12 Text Messages | | |
| 3b | TT12 Audio | | |
| 3c | TT12 Transcripts of Audio | JUN 20 2018 | JUN 20 2018 |
| 4a | Eugene Bowen Text Messages | | |
| 4b | Eugene Bowen & Monica Hall Text Messages Only | | |
| 5a | Alvin Williams Text Messages | | |
| 5b | Alvin Williams and Aaron Ennis Text Messages Only | | |
| 6a | Jail Calls | | |
| 6b | Jail Call Transcripts | JUN 21 2018 | JUN 21 2018 |

| | | JUN 2 0 2018 | JUN 2 0 2018 |
|---|---|---|---|
| 10 | Photo of Sherima Bell | | |
| 11 | Photo of Eugene Bowen | | |
| 12 | Photo of Jocelyn Byrd | | |
| 13 | Photo of Sean Smith | | |
| 14 | Photo of Jessica Vennie-Polk | | |
| 15 | Photo of Alvin Williams | | |
| 16 | Photo of Ramel Chase | JUN 2 0 2018 | JUN 2 0 2018 |
| 17 | Photo of Maurice Fox | JUN 2 1 2018 | JUN 2 1 2018 |
| 18 | Photo of Rachelle Hankerson | | |
| 19 | Photo of Darian Holmes | | |
| 20 | Photo of Dameshia Vennie | JUN 2 1 2018 | JUN 2 [illegible] 2018 |
| 21 | Photo of Marty Imes | | |
| 22 | Photo of Zachary Martin | JUN 2 1 2018 | JUN 2 1 2018 |
| 23 | Photo of Darrell Timms | JUN 2 1 2018 | JUN 2 1 2018 |
| 24 | Photo of Reginald Johnson | JUN 1 9 2018 | JUN 1 9 2018 |
| 25 | Photo of Vincent Middleton | JUN 2 1 2018 | JUN 2 1 2018 |
| 26 | Photo of Erin Burfield | JUN 2 5 2018 | JUN 2 5 2018 |
| 27 | Photo of Aaron Ennis | JUN 2 0 2018 | JUN 2 0 2018 |
| 28 | Photo of Stewart Gough | JUN 2 1 2018 | JUN 2 1 2018 |
| 29 | Photo of Apryl Robinson | JUN 1 9 2018 | JUN 1 9 2018 |

| | | | |
|---|---|---|---|
| 30a | 1B62 - (5F-AMB) | Drug JUN 19 2018 | JUN 19 2018 |
| 30b | Photos of 1B62 in FBI Evidence Bag | | |
| 30c | DEA Lab Report for 1B62 | JUN 19 2018 | JUN 19 2018 |
| 31a | 1B63 - (AB-CHMINACA) | | |
| 31b | Photos of 1B63 in FBI Evidence Bag | | |
| 31c | DEA Lab Report for 1B63 | | |
| 32 | Photo of recovered drugs | | |
| 33 | Photo of vehicle | JUN 21 2018 | JUN 21 2018 |
| | | | |
| 40a | 1B71 – (Buprenorphine) | | |
| 40b | Photos of 1B71 in FBI Evidence Bag | | |
| 40c | DEA Lab Report or 1B71 | | |
| 41a | 1B73 - (AB-CHMINACA) | | |
| 41b | Photos of 1B73 in FBI Evidence Bag | | |
| 41c | DEA Lab Report for 1B73 | | |
| | | | |
| 50a | 1B163 - (Marijuana) | | |
| 50b | Photos of 1B163 in FBI Evidence Bag | | |
| 50c | DEA Lab report for 1B163 | | |
| 51a | 1B164 - (Marijuana) | | |

| | | | |
|---|---|---|---|
| 51b | Photos of 1B164 in FBI Evidence Bag | | |
| 51c | DEA Lab report for 1B164 | | |
| 52a | 1B165 - (Marijuana) | | |
| 52b | Photos of 1B165 in FBI Evidence Bag | | |
| 52c | DEA Lab report for 1B416 | | |
| 53a | 1B166 - (Marijuana) | | |
| 53b | Photos of 1B166 in FBI Evidence Bag | | |
| 53c | DEA Lab Report for 1B166 | | |
| 54a | 1B167 - (Buprenorphine) | Drugs JUN 1 9 2018 | JUN 1 9 2018 |
| 54b | Photo of 1B167 in FBI Evidence Bag | | |
| 54c | DEA Lab Report for 1B167 | JUN 1 9 2018 | JUN 1 9 2018 |
| 55a | 1B168 – (AB-PINACA) | Drugs JUN 1 9 2018 | JUN 1 9 2018 |
| 55b | Photo of 1B168 in FBI Evidence Bag | | |
| 55c | DEA Lab Report for 1B168 | JUN 1 9 2018 | JUN 1 9 2018 |
| 56a | 1B170 – (XLR11) | Drugs JUN 1 9 2018 | JUN 1 9 2018 |
| 56b | Photo of 1B170 in FBI Evidence Bag | | |
| 56c | DEA Lab Report for 1B170 | JUN 1 9 2018 | JUN 1 9 2018 |
| 57 | 1B124 Suboxone wrappers recovered from Robinson trash pull | | |
| 58 | 1B125 Suboxone wrappers recovered from Robinson trash pull | | |
| 59 | 1B126 Suboxone wrappers recovered from Robinson trash pull | | |
| 60 | 1B128 Suboxone wrappers recovered from Robinson trash pull | | |

| | | | |
|---|---|---|---|
| 61a-c | Apryl Robinson surveillance photos B | JUN 2 0 2018 | JUN 2 0 2018 |
| 62a-k | Apryl Robinson Search Warrant/Trash Pull photos | JUN 2 0 2018 | JUN 2 0 2018 A-I+K |
| 63 | Screenshot of Apryl Robinson Cell Phone | | |
| | | | |
| 70 | 1B573 Eugene Bowen Samsung Phone | | |
| 71 | Photo of Eugene Bowen Phone | | |
| 72 | 1B30 Alvin Williams Cell Phone found in Cell Search | | |
| 73 | ECI Report of Alvin Williams Cell Phone Seizure | | |
| | | | |
| 80 | Eugene Bowen Transactions | | |
| 81 | Jessica Vennie Transactions | JUN 2 0 2018 | JUN 2 0 2018 |
| 82 | Apryl Robinson Transactions | JUN 2 0 2018 | JUN 2 0 2018 |
| 83 | Patricia Fisher Transactions | | |
| | | | |
| 90 | ECI Overhead | JUN 1 9 2018 | JUN 1 9 2018 |
| 91 | ECI H.U. Upstairs | JUN 1 9 2018 | JUN 1 9 2018 |
| 92 | ECI H.U. Downstairs | JUN 1 9 2018 | JUN 1 9 2018 |
| | | | |
| 100a-h | Photo of Suboxone strips D;E | JUN 1 9 2018 | JUN 1 9 2018 |
| | | | |
| 110 | Eugene Bowen Audio Statement | | |

| | | | |
|---|---|---|---|
| 111a-f | Marvin Blume Notes a - | JUN 2 1 2018 | JUN 2 1 2018 |
| 112 | Maurice Fox Letter to Uncle Rick | JUN 2 5 2018 | JUN 2 5 2018 |
| | | | |
| 113 | Photo of Jamar Butler | JUN 1 9 2018 | JUN 1 9 2018 |
| 114 | Photo of Michael Andrews | JUN 2 0 2018 | JUN 2 0 2018 |
| 115 | Photo of Jerard Bazemore | JUN 2 0 2018 | JUN 2 0 2018 |
| 116 | Photo of Allan Smith AKA Sekoo | JUN 2 1 2018 | JUN 2 1 2018 |
| 117 | Photo of James Dixon AKA Blue | JUN 2 1 2018 | JUN 2 1 2018 |
| 118 | Photo of Phillip Ford | | |
| 119 | Photo of Odell Newton | | |
| 120 | Photo of Richard McDonald | | |
| 121 | Photo of Jeff Jones | JUN 2 5 2018 | JUN 2 5 2018 |
| 122 | Photo of Mark Coley | JUN 2 5 2018 | JUN 2 5 2018 |
| 123 | Photo of Ryan Johnson | JUN 2 5 2018 | JUN 2 5 2018 |
| 124 | Photo of Erica Cook | | |
| 125 | Photo of Tymeka Knox | JUN 2 1 2018 | JUN 2 1 2018 |
| 126 | Photo of Patricia Fisher | | |
| 127 | Photo of Tony Cox | | |
| 128 | Photo of Brian Maddox | | |
| 129 | Photo of Harold Johnson | JUN 2 5 2018 | JUN 2 5 2018 |
| 130 | Photo of Quamaine Huggins | JUN 1 9 2018 | JUN 1 9 2018 |

| | | | |
|---|---|---|---|
| 131 | Photo of Mohammad Akram | JUN 2 0 2018 | JUN 2 0 2018 |
| 132 | Photo of Robert Waters | JUN 2 0 2018 | JUN 2 0 2018 |
| 133 | Photo of Antonio Knox | JUN 2 5 2018 | JUN 2 5 2018 |
| 134 | Photo of Jasmine Gray | | |
| 135 | Photo of Tarondrick Floyd AKA ATL | JUN 2 1 2018 | JUN 2 1 2018 |
| 136 | Photo of Diondrick Godwin AKA Biggs | JUN 1 9 2018 | JUN 1 9 2018 |
| 137 | Photo of Troy Johnson | JUN 2 5 2018 | JUN 2 5 2018 |
| 140 | ECI Interstate Commerce Stipulation – Jocelyn Byrd | JUN 2 6 2018 | JUN 2 6 2018 |
| 144 | Stipulation - Jocelyn Byrd | JUN 2 6 2018 | JUN 2 6 2018 |
| 145 | Stipulation - Jessica Vennie | JUN 2 6 2018 | JUN 2 6 2018 |
| 143 | Stipulation - | JUN 1 9 2018 | JUN 1 9 2018 |
| 139 | Photo of Danielle Chandler | JUN 2 5 2018 | JUN 2 5 2018 |
| 138 | Photo of Charles Owens | JUN 2 5 2018 | JUN 2 5 2018 |
| 150 | Maurice Fox - Plea Agreement | JUN 2 5 2018 | |
| 142 | Stipulation - | JUN 2 6 2018 | JUN 2 6 2018 |