IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

v.     *     CRIMINAL NO. JKB-16-485

JESSICA VENNIE     *

    Defendant     *

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's MOTION FOR JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, FOR A NEW TRIAL (ECF No. 1456). The Government has responded in opposition (ECF No. 1459).

The Court has carefully reviewed the parties' submissions, reviewed relevant portions of the record, and reflected on the totality of what occurred during the trial of this case. There were no legal errors that call into question the validity of the conviction in this case. The evidence, taken in the light most favorable to the Government, amply supports the jury verdict. Accordingly, the Motion (ECF No. 1456) is DENIED.

DATED this 14th day of August, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge