IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-16-485 |
| JESSICA VENNIE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM ORDER

Now pending before the Court is Defendant Jessica Vennie's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (ECF Nos. 1764, 1772.) No hearing is necessary. *See* Local Rules 105.6, 207 (D. Md. 2018). For the reasons set forth below, Vennie's motion is DENIED without prejudice.

Pursuant to 18 U.S.C. § 3582(c)(1)(A), a district court may modify a convicted defendant's sentence when "extraordinary and compelling reasons warrant such a reduction." This Court has held that "medical conditions which make a defendant uniquely susceptible to complications from COVID-19 create 'extraordinary and compelling reasons' to grant compassionate release pursuant to § 3582(c)(1)(A)." *Id. See also United States v. Lewin*, Crim. No. SAG-15-198, 2020 WL 3469516, at *3 (D. Md. June 25, 2020) (A defendant can establish her entitlement to compassionate release by demonstrating that she "(1) has a condition that compellingly elevates [her] risk of becoming seriously ill, or dying, from COVID-19, and (2) is more likely to contract COVID-19 in [her] particular institution than if released.").

Vennie claims that she suffers from pulmonary embolism, and that the combination of her medical condition and the conditions at the facility in which she is confined establish the existence

1

of "extraordinary and compelling reasons" for release. However, Vennie has failed to provide medical records documenting the existence or severity of any medical conditions. Absent such records, the Court is in no position to determine whether a preexisting condition actually "compellingly elevates [Vennie's] risk of becoming seriously ill, or dying, from COVID-19." *Lewin*, 2020 WL 3469516, at *3. Accordingly, Vennie's Motion for Compassionate Release (ECF Nos. 1764, 1772) is DENIED without prejudice to her ability to file an updated motion attaching medical records and any additional relevant documentation.

DATED this 20th day of August, 2020.

BY THE COURT:

/s/
_____

James K. Bredar
Chief Judge